No. 83–148.   JOHNSON *v.* DISTRICT SCHOOL BOARD OF HERNANDO COUNTY, FLORIDA.   C. A. 11th Cir.   Certiorari denied.

No. 83–149.   ROBINSON *v.* NEW MEXICO.   Sup. Ct. N. M. Certiorari denied.

No. 83–150.   O'CONNOR, DIRECTOR OF INSURANCE OF ILLINOIS *v.* ORGAN & CO., INC.   Ct. App. La., 5th Cir.   Certiorari denied.

No. 83–155.   VEENKANT *v.* GURN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 83–157.   VEENKANT *v.* WESLER ET AL.   C. A. 6th Cir. Certiorari denied.

No. 83–158.   MEMBERS OF THE JAMESTOWN SCHOOL COMMITTEE ET AL. *v.* SCHMIDT, COMMISSIONER OF EDUCATION OF RHODE ISLAND, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 83–160.   KRALL *v.* BETHEL PARK SCHOOL DISTRICT.   Pa. Commw. Ct.   Certiorari denied.

No. 83–161.   JOHNSON *v.* ARKANSAS.   Ct. App. Ark.   Certiorari denied.

No. 83–164.   AMERICAN MOTORISTS INSURANCE CO. *v.* ZAITCHICK ET UX.   C. A. 2d Cir.   Certiorari denied.

No. 83–168.   CONSTRUCTION & GENERAL LABORERS UNION LOCAL 304 ET AL. *v.* PAUL E. IACONO STRUCTURAL ENGINEER, INC.   C. A. 9th Cir.   Certiorari denied.

No. 83–170.   SPAULDING *v.* LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 83–182.   SMITTY BAKER COAL CO., INC., ET AL. *v.* FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION ET AL. C. A. D. C. Cir.   Certiorari denied.